IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
OCWEN FEDERAL BANK, ETC.,      )
      Appellant,               )   Civil Action No. 07-504
                               )
      v.                       )   Procedural Order for
                               )    Bankruptcy Appeals
CHRIS J. BRODMERKEL, ET AL.,   )
      Appellees.               )
```

ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1)    The appellant shall serve and file their brief by May 4, 2007.

(2)    The appellees shall serve and file their brief by May 19, 2007.

(3)    The appellant may serve and file a reply brief by May 29, 2007.

(4)    No extensions of time will be permitted without order of the Court.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

Dated: April 20, 2007

cc: All parties of record